■ KEVIN YON, Appellant, v CITY OF NEW YORK, Respondent, et al., Defendant. [30 NYS3d 818]—

Order, Supreme Court, New York County (Margaret A. Chan, J.), entered August 26, 2014, which granted the cross motion of defendant City of New York for summary judgment dismissing the complaint as against it, and denied plaintiff's motion to preclude, unanimously affirmed, without costs.

Dismissal of the complaint was proper in this action where plaintiff alleges that he was injured when he tripped and fell at a branch of the New York Public Library. It is well settled that the City is not responsible for injuries resulting from allegedly negligent maintenance of a library building (see Paz v City of New York, 157 AD2d 562 [1st Dept 1990]). In light of the dismissal of the complaint as against the City, plaintiff's discovery motion became moot.

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Sweeny, J.P., Renwick, Moskowitz, Kapnick and Gesmer, JJ.